**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02289-MSK-CBS | Date: | May 2, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom A-402 |

*Parties:*  *Counsel:*

MARGARET A. SILVA, and  Timothy Bullock
RONALD SILVA, deceased,

   Plaintiffs,

v.

OCWEN LOAN SERVICING,  Kelly Kilgore

   Defendant.

## COURTROOM MINUTES

**EARLY NEUTRAL EVALUATION**

**3:31 p.m.    Court in session.**

Court calls case.

The parties have reached a settlement. Court summarizes the terms of the settlement on record.

Ms. Kilgore clarifies a condition of settlement.

**ORDERED: Plaintiff is directed to file a notice of dismissal for any claims pertaining to Robert Silva. The remaining claims should only pertain to Margaret A. Silva.**

All parties confirm they are prepared to settle under the terms summarized by the Court.

**ORDERED: A stipulated motion to dismiss is due on or before July 18, 2014.**

**ORDERED: In light of the settlement, Ocwen Loan Servicing LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim [40] and Plaintiffs' Motion to Amend Complaint [51] are DENIED AS MOOT.**

Ms. Kilgore further clarifies a condition of settlement.

**3:41 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.